*Barney Rosenstein* and *Murray A. Gordon* for appellants.

*Robert H. Schaffer* and *Emory Gardiner* for Joseph D. McGoldrick, as State Rent Administrator, respondent.

*Nathan B. Bernstein* for Park Crescent Hotel, Inc., respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased. [See 305 N. Y. 826.]

In the Matter of JOHN S. BILLINGSLEA et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and HOTEL WELLINGTON, INC., Intervener, Respondent.

Argued March 2, 1953; decided April 16, 1953.

*David P. Siegel* for appellants.

*Robert H. Schaffer* and *Emory Gardiner* for respondent.

*Charles W. Merritt* for intervener-respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.

In the Matter of SARAH E. ROBINSON, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and ALAMAC ESTATES, INC., Intervener, Respondent.

Argued March 2, 1953; decided April 16, 1953.

